**UNITED STATES OF AMERICA,**
Plaintiff–Appellee,

v.

**Wesley Paul COONCE, Jr.,**
Defendant–Appellant.

No. 02–11091.

United States Court of Appeals,
Fifth Circuit.

July 8, 2003.

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

Summary Calendar

PER CURIAM.*

Attorney Don Davison appointed to represent Wesley Paul Coonce, Jr. ("Coonce") has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Coonce has not responded to the motion. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.